# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ALFRED LEE MAULDIN**                                                                                       **PETITIONER**
Reg #14877-075

vs.                              No. 2:10-cv-00032-BSM-BD

**T.C. OUTLAW, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                                                          **RESPONDENT**

## ORDER

The court has received the recommended disposition from Magistrate Judge Beth Deere. After carefully reviewing the recommendation, petitioner Alfre Lee Mauldin's objections, and reviewing the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

Mauldin's petition for writ of habeas corpus (Doc. No. 2) is DISMISSED without prejudice, and his motion to proceed *in forma pauperis* (Doc. No. 1) is denied as moot.

IT IS SO ORDERED this 4th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE