UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ALFRED LEE MAULDIN**                                                              **PETITIONER**
Reg #14877-075

vs.                    No. 2:10-cv-00032-BSM-BD

**T.C. OUTLAW, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                              **RESPONDENT**

## JUDGMENT

Consistent with the order entered today this case is hereby DISMISSED WITHOUT

PREJUDICE.

IT IS SO ORDERED this 4th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE